COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| IN RE: | § | |
| | | No. 08-20-00218-CV |
| CHARLENE SOULE AND RITA HERNANDEZ, | § | |
| | | AN ORIGINAL PROCEEDING |
| Relators. | § | |
| | | IN MANDAMUS |
| | § | |

## MEMORANDUM OPINION

Relators Charlene Soule and Rita Hernandez have filed a motion to withdraw this mandamus petition. Their motion is unopposed by the real parties in interest. The motion is granted. This mandamus petition is hereby dismissed. *See* TEX.R.APP.P. 42.1(a)(1)(governing voluntary dismissals in civil cases). All pending motions are denied as moot.

February 11, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.